IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDA JOHNSON-RICHARDSON,

      Plaintiff,                  No. CIV S-04-0736 DFL JFM PS

      vs.

EASTERN DISTRICT
OF CALIFORNIA,

      Defendant.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

      Plaintiff is proceeding pro se.  On March 21, 2005, defendant's motion to dismiss this action was granted and this action was dismissed for lack of subject matter jurisdiction.  Judgment was entered on the same day.  On April 4, 2005, plaintiff filed a motion for new trial pursuant to Local Rule 59-291.  In her April 25, 2005 document entitled "Objection," plaintiff appended a declaration in support of her motion for new trial or reversal of judgment in CIV S-03-0422 DFL JFM.

      Plaintiff appears to seek relief from this court's order granting defendant's motion to dismiss for lack of subject matter jurisdiction.  However, plaintiff has provided no new evidence in support of her motion.  Rather, plaintiff rehashes the basis of her objections raised to the October 8, 2004 findings and recommendations.  In addition, plaintiff continues to attempt to

1

1  revisit issues raised in CIV S-03-0422 DFL JFM in the instant action, despite being advised that

2  entry of judgment in another case does not provide plaintiff with a claim for relief in a new

3  action.  (October 8, 2004 Findings and Recommendations at 2.)  Thus, plaintiff has not shown

4  any grounds which justify relief from the judgment entered in this action.

5           In accordance with the above, IT IS HEREBY RECOMMENDED that plaintiff's

6  April 4, 2005 motion be denied.

7           These findings and recommendations are submitted to the United States District

8  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **ten** days

9  after being served with these findings and recommendations, any party may file written

10  objections with the court and serve a copy on all parties.  Such a document should be captioned

11  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that

12  failure to file objections within the specified time may waive the right to appeal the District

13  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14  DATED:  June 8, 2005.

UNITED STATES MAGISTRATE JUDGE

1
rich0736.59

2